AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jermaine Beswick Barrington Senior, a/k/a<br>"Jermaine BB Senior,"<br><br>Defendant(s) | )<br>)<br>)  Case No.  12-8498-JMH<br>)<br>)<br>) |

FILED by _____ D.C.
DEC 27 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of     December 10, 2012     in the county of     Palm Beach     in the
    Southern    District of     Florida    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(1) | Illegal re-entry after deportation subsequent to the commission of a felony offense. |

This criminal complaint is based on these facts:
See attached affidavit of Border Patrol Agent Scott Stacy.

☑ Continued on the attached sheet.

*I find probable cause*

Sworn to before me and signed in my presence.

Date: 12/27/12

City and state:     West Palm Beach, Florida

_____
Complainant's signature

Border Patrol Agent Scott Stacy
*Printed name and title*

_____
Judge's signature

U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## AFFIDAVIT

I, Scott Stacy, being duly sworn, depose and state:

1. I am a Border Patrol Agent with the Department of Homeland Security, Customs and Border Protection (CBP) (formerly Immigration and Naturalization Service), and have been so employed for more than fifteen (15) years. I am currently assigned to the West Palm Beach Border Patrol Station, Riviera Beach, Florida. The station is located in the Southern District of Florida.

2. As a Border Patrol Agent, my duties include the detection and interdiction of individuals illegally entering the United States, and those aliens who are currently within the United States illegally. I am trained in detecting and locating individuals suspected of assisting aliens in their illegal entry into the United States by any means. I am also responsible for the investigation and processing of aliens who are entering or residing illegally in the United States as well as the investigation of people responsible for the smuggling of such undocumented aliens.

3. The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officials and employees of CBP. I have not included in this affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause that Jermaine Beswick Barrington SENIOR (also known as Jermaine BB Senior) has committed a violation of Title 8, United States Code, Section 1326(b)(1).

4. On Monday, December 10, 2012, the West Palm Beach Border Patrol Station received a call at approximately 6:30 a.m. for two suspected illegal aliens at the Publix shopping center on U.S. 1 in Jupiter, Palm Beach County, in the Southern District of Florida. The two suspects were believed to be related to the landing in Jupiter several hours earlier.

5. A Juno Beach officer noticed the two individuals had turned and begun walking in the opposite direction when he pulled into the parking lot with his marked police sedan. He noticed both individuals' pants and shoes were wet and sandy. One subject was also carrying a travel bag with him. The officer conducted a welfare check on the two subjects and asked for identification. One subject handed him a Connecticut driver's license. The other subject gave the officer a Jamaican passport with no stamps or other paperwork attached.

6. A Border Patrol Agent responded to the Publix shopping center. Upon the agent's arrival, Juno Beach Police officers stated that they noticed the two individuals walking from the direction of a landing that occurred around 9:00 p.m. on December 9, 2012 approximately 2.5 miles north of where the two subjects were found.

7. The Border Patrol agent arrived on scene and conducted records checks for immigration through dispatch using the Connecticut driver's license.

8. Records checks revealed that the subject with the Connecticut driver's license, identified as Jermaine Beswick Barrington Senior, hereinafter the defendant, had been previously removed from the U.S. The agent asked the defendant what he had in his pocket and the

2

defendant said it was his passport. The agent checked the Jamaican passport and found no valid stamps or paperwork attached.

9. The second subject, who initially showed the Jamaican passport, and who was identified as Steve Anthony RITTIE, stated that he was illegally in the United States when questioned by the Border Patrol agent.

10. The Border Patrol agent noticed that both subjects were soaking wet and covered in sand. When the Border Patrol agent asked when they came to the U.S., RITTIE stated that he came by boat last night.

11. Both subjects were placed under administrative arrested and transported by West Palm Beach Border Patrol Station for processing and interviews.

12. Jermaine Beswick Barrington SENIOR was enrolled into the DHS e3 Processing System wherein the defendant's biographical information, a photograph, and fingerprints were searched in the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The two systems checked prior immigration and criminal history records based on the defendant's fingerprints. Based upon the records checks, it was determined that the defendant was ordered removed on May 12, 2009, and was removed on June 25, 2009, from the United States to Jamaica.

13. Checks were conducted in the USCIS computer database. Information contained in the USCIS database indicated that the defendant had been last removed from the United States

3

on June 25, 2009, and that the defendant had not obtained permission from the Secretary of Homeland Security to reenter the United States.

14.     The defendant's alien registration file was obtained from the National Records Center, Saint Louis, Missouri. Within the defendant's file was (1) an Order of Removal, dated May 12, 2009; (2) a Form I-205, Warrant of Removal/Deportation bearing a photograph and right index fingerprint of the defendant, dated June 25, 2009; and (3) a Form I-294, a Warning to Alien Ordered Removed or Deported, dated May 12, 2009.

15.     A fingerprint comparison was conducted which confirmed that the fingerprint on the Form I-205, dated June 25, 2009, matched the defendant's fingerprints which had been obtained on December 10, 2012, at the time of his administrative processing.

16.     Also in the defendant's alien registration file is a certified copy of an Orange County, New York court sentencing document regarding his felony conviction for Criminal Possession of Marijuana, dated November 24, 2008.

WHEREFORE, on the basis of the foregoing, your affiant submits that probable cause exists to charge the defendant, Jermaine Beswick Barrington SENIOR, with a violation of Title 8, United States Code, Section 1326(b)(1), that is, reentry of a deported alien whose deportation was subsequent to a conviction of a felony.

FURTHER AFFIANT SAYETH NAUGHT.

SCOTT STACY
BORDER PATROL AGENT
CUSTOMS AND BORDER PROTECTION

Sworn and subscribed to before me this 27 day of December, 2012.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-8498-JMH

UNITED STATES OF AMERICA

vs.

JERMAINE BESWICK BARRINGTON SENIOR,
a/k/a "Jermaine BB Senior,"

    **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

      Respectfully submitted,

      WIFREDO A. FERRER
      UNITED STATES ATTORNEY

BY: *Stephanie Evans for:*
      WILLIAM ZLOCH
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 0105619
      500 S. Australian Avenue, Suite 400
      West Palm Beach, FL 33401-6235
      Tel: (561) 820-8711
      Fax: (561) 820-8777
      William.Zloch@usdoj.gov